```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL McCAFFERTY,                          JUDGMENT
                                             03-CV- 5359 (DGT)
                Plaintiff,

    -against-

                                             FILED
                                             IN CLERK'S OFFICE
NEW YORK STATE UNIFIED COURT                 U.S. DISTRICT COURT, E.D.N.Y.
SYSTEM,
                                             ★ NOV 7 2005 ★

                Defendant.
----------------------------------------------------------------X   BROOKLYN OFFICE
```

A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on November 2, 2005, granting defendant's motion for summary judgment; and dismissing plaintiff's claims with prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted; and that plaintiff's claims are dismissed with prejudice.

Dated: Brooklyn, New York
       November 02, 2005

                                             s/Robert C. Heinemann
                                             ROBERT C. HEINEMANN
                                             Clerk of Court